IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALICIA L. CHRISTOPHER                                          PLAINTIFF

VS.                              CASE NO. 4:18-CV-00429 JM

ARKANSAS DEPARTMENT OF
HUMAN SERVICES                                                 DEFENDANT

ORDER

On this 21st day of January 2020, the Court having been notified that the parties have settled their differences. The parties have entered into a settlement agreement, which is incorporated herein by reference, and is adopted by the court as its ruling, as if set out herein word-for-word. It is the ruling of the court that this cause of action is hereby dismissed with prejudice, pursuant to the agreement of the parties. The Court will retain jurisdiction over this matter for a period of thirty (30) days to ensure that the terms of the settlement agreement are carried out.

Dated this 21st day of January 2020.

_____
DISTRICT JUDGE

Prepared by:

_____
Austin Porter Jr., No. 86145
PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
Email: Aporte5640@aol.com

1

ATTORNEY FOR THE PLAINTIFF


Approved as to Form:

_____
Maryna O. Jackson
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201

maryna.jackson@arkansasag.gov

ATTORNEY FOR DEFENDANT